JOHN W. HUBER, United States Attorney (#7226)
ISAAC C. WORKMAN, Assistant United States Attorney (#14031)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Email:  isaac.workman@usdoj.gov
Telephone:  (801) 524-5682  •  Facsimile:  (801) 524-6924

FILED
U.S. DISTRICT COURT

2016 APR 12  D 3: 57

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | |
| | : | VIO. 8 U.S.C. § 1326 |
| vs. | : | |
| | : | (REENTRY OF A PREVIOUSLY REMOVED ALIEN) |
| JARIN CRUZ-ROSALES; aka JARIN ORLANDO CRUZ-ROSALES; aka JARIN CRUZ; aka JESSE AYOLDO PENA-MEZQUITE; JESSE PENA, | : | |
| | | Case: 2:16-cr-00175
Assigned To : Waddoups, Clark
Assign. Date : 04/12/2016
Description: USA v Cruz-Rosales |
| Defendant. | | |

The United States Attorney charges:

COUNT I

On or about October 13, 2015, in the Central Division of the District of Utah,

JARIN CRUZ-ROSALES; aka JARIN ORLANDO CRUZ-ROSALES; aka JARIN
CRUZ; aka JESSE AYOLDO PENA-MEZQUITE; JESSE PENA,

the defendant herein, an alien who on or about October 13, 2014, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 12th day of April, 2016.

JOHN W. HUBER
United States Attorney

ISAAC C. WORKMAN
Assistant United States Attorney