12C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

### Petition and Order for Warrant for Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Jarin Cruz-Rosales** | Docket Number: **2:16CR00175-001** |
| Name of Sentencing Judicial Officer: | **Honorable David Nuffer**<br>**U.S. District Judge** |

Date of Original Sentence: **July 6, 2019**

Original Offense: **Illegal Reentry of a Previously Removed Alien**

Original Sentence: **12 Months' and 1-Day Bureau of Prisons Custody/36 Months' Supervised Release**

| | |
|---|---|
| Type of Supervision: **Supervised Release** | Supervision Began: **January 9, 2018** |

## PETITIONING THE COURT

☒ To issue a warrant to be placed as a detainer and toll the supervision term
   In custody: Immigration Custom Enforcement, Casa Grande, Arizona

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On or about January 31, 2019, the defendant committed another federal, state, or local crime, to wit: illegally reentered the United States.

Evidence in support of this allegation is contained in documents obtained from the U.S. Department of Homeland Security, Immigration Custom Enforcement, Custom and Border Patrol.

I declare under penalty of perjury that the foregoing is true and correct.

*(signature)*
by Maria EA Sanchez
Supervisory U.S. Probation Officer
February 7, 2019

## THE COURT ORDERS:

☒ The issuance of a warrant be placed as a detainer and tolling of the supervision term
☐ The issuance of a summons
☐ No action
☐ Other

*(signature)*
Honorable David Nuffer
United States District Judge
Date: February 7, 2019

United States District Court
for the
District of Utah
February 7, 2019

******MAILING CERTIFICATE OF THE CLERK******

RE: USA v. Cruz-Rosales
2:16cr175 DN

    Isaac C. Workman
    US ATTORNEY'S OFFICE – isaac.workman@usdoj.gov, crystal.peters@usdoj.gov,
    Cindy.Dobyns@usdoj.gov, Valerie.Maxwell@usdoj.gov

    USMS
    c/o kristin.shuman@usdoj.gov, laura.johnson2@usdoj.gov, and
    slcusm.cellblock@usdoj.gov

    UTPml_DQA_Utah@utp.uscourts.gov

Aimee Trujillo