TRINA A. HIGGINS, United States Attorney (#7349)
MARGOT JOHNSON, Assistant United States Attorney (#16513)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. JARIN CRUZ-ROSALES, Defendant. | Case No. 2:16-CR-175 <br><br> MOTION TO UNSEAL PETITION <br><br> Honorable Judge Nuffer |
|---|---|

The United States of America, through the undersigned Assistant United States Attorney, moves the Court to unseal the Petition and Order for Warrant for Offender under Supervision in Case No. 2:16-CR-175-DN. This defendant was arrested in the Eastern District of California. As such, given the posture of the case, this case may now be unsealed.

Respectfully submitted this 7th Day of September, 2022

TRINA A. HIGGINS
United States Attorney

*/s/ Margot Johnson*
Margot Johnson
Assistant United States Attorney